WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Rigoberto Nuno-Alvarez,<br><br>Defendant. | No. CR-18-00851-01-PHX-SMB<br><br>**DETENTION ORDER** |

On April 3, 2019, Defendant appeared before this Court on a petition to revoke conditions of release. The Defendant admitted to violating Allegation 1 of the Petition.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b). All remaining allegations are dismissed.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 4th day of April, 2019.

Honorable John Z. Boyle
United States Magistrate Judge